```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 26221
   KEITH L WHEELER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2187


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/09/05 .

   2.  The case was converted to Chapter 7 without confirmation, 12/16/2005.

-----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
AMERICREDIT FINANCIAL       UNSECURED       NOT FILED         .00            .00
CAPITAL ONE FINANCIAL       UNSECURED       NOT FILED         .00            .00
CHGO DIST COUNCIL OF CAR    UNSECURED       NOT FILED         .00            .00
COLUMBIA HOUSE              UNSECURED       NOT FILED         .00            .00
DREYER MEDICAL CLINIC       UNSECURED       NOT FILED         .00            .00
EDWARD HOSPITAL             UNSECURED       NOT FILED         .00            .00
MERCHANTS CREDIT GUIDE      UNSECURED       NOT FILED         .00            .00
NORTH SHORE AGENCY          UNSECURED       NOT FILED         .00            .00
LAKE SHORE PATHOLOGISTS     UNSECURED       NOT FILED         .00            .00
PRIME CARE MEDICAL CENTE    UNSECURED       NOT FILED         .00            .00
MORAINE EMERGENCY PHYSIC    UNSECURED       NOT FILED         .00            .00
NAPERVILLE PEDIATRIC ASS    UNSECURED       NOT FILED         .00            .00
CREDIT MANAGEMENT           UNSECURED       NOT FILED         .00            .00
WOODSTOCK FIRE RESCUE DI    UNSECURED       NOT FILED         .00            .00
WOODSTOCK MEDICAL GROUP     UNSECURED       NOT FILED         .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00           .00
PRINCIPAL PAID        .00          .00          .00          .00           .00
INTEREST PAID         .00          .00          .00          .00           .00
TOTAL PAID            .00          .00          .00          .00           .00
The Debtor's attorney, JEFFREY M KRASNER        , was allowed $            .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/21/06                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE

                              PAGE   2
     CASE NO. 05 B 26221 KEITH L WHEELER