## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: )
Keith Wheeler ) Bankruptcy No. 05 B 26221
) Chapter 7
)
Debtor (s) ) Judge Bruce W. Black (Joliet)
)
)

### ORDER APPROVING FINAL DISTRIBUTION IN LIEU OF FINAL REPORT

THIS CAUSE coming on to be heard on the Trustee's motion to approve a final distribution in lieu of final report, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. The following administrative expense claims are approved:

| | | |
|---|---:|---:|
| Thomas B. Sullivan, Trustee, compensation: | | $1,550.56 |
| Alan D. Lasko & Associates, compensation: | $1,115.00 | |
| expenses: | $ 13.80 | |
| TOTAL | | $1,128.80 |
| Grochocinski, Grochocinski & Lloyd, compensation : | $5,460.00 | |
| expenses: | $ 39.52 | |
| TOTAL | | $5,499.52 |

2. The Trustee is authorized to make the following distribution to administrative claimants:

| | |
|---|---|
| Thomas B. Sullivan, Trustee: | $1,440.21 |
| Alan D. Lasko & Associates: | $1,048.47 |
| Grochocinski, Grochocinski & Lloyd: | $5,108.15 |

3. The Trustee shall file a distribution report after the issuance of said distribution. The Trustee is excused from filing any other report, including a Chapter 7 Final Report. Upon the filing of such distribution report, the Clerk shall close this case.

Date:

    2 5 APR 2008

ENTER: /s/ Bruce W. Black

_____
United States Bankruptcy Judge

Prepared by:
David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
708-226-2700
Fax: 708-226-9030