UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WHEELER, KEITH | ) | CASE NO. 05 B 26221 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON. BRUCE W. BLACK |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**   Thomas Sullivan
         1900 Ravinia Place
         Orland Park, IL   60462
         Registrant's  e-mail: tsullivan@ggl-law.com

**Please Take Notice** that on **June 24, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                        WILLIAM T. NEARY
                                        UNITED STATES TRUSTEE

DATED: June 24, 2008            By:   /s/ Dean C. Harvalis
                                      Assistant U.S. Trustee
                                      Attorney ID# 03122564
                                      Office of the U.S. Trustee
                                      219 South Dearborn Street, Room 873
                                      Chicago, IL 60603
                                      (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, Attorney for U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on June 24, 2008.

                                        /s/ Dean C. Harvalis